ANNIE E. O'SULLIVAN, as Administratrix of the Estate of DENIS O'SULLIVAN, Deceased, Appellant, *v.* JOSEPH A. FLYNN, Respondent.

*O'Sullivan* v. *Flynn,* 67 App. Div. 516, appeal dismissed.
(Argued January 28, 1903; decided January 30, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

February 5, 1902, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*Denis O'Sullivan* for appellant.

*Carl Schurz Petrasch* and *Alvin C. Cass* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Absent: O'BRIEN, J.